IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KEITH L. SHARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-CV-127-RAH |
| | ) | |
| CITY OF MONTGOMERY, ALABAMA, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On November 14, 2022, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 16.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 16) is ADOPTED;

2. The Motion to Dismiss (Doc. 9) is GRANTED;

3. The Plaintiff is afforded an opportunity to comply with the federal pleading standards and the directives set forth in the Recommendation (Doc. 16). The Plaintiff shall file an Amended Complaint **on or before February 8, 2023**.

The Plaintiff is CAUTIONED that the failure to comply with the directives of this Order may result in dismissal of this case.

DONE, on this the 17th day of January, 2023.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE