IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEITH L. SHARP, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:22-CV-127-RAH |
| CITY OF MONTGOMERY, ALABAMA, | ) |
| Defendant. | ) |

## ORDER

On August 23, 2023, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 25.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 25) is ADOPTED;

2. The Motion to Dismiss (Doc. 21) is DENIED.

DONE, on this the 12th day of October 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE