IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEITH L. SHARP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:22-cv-00127-RAH |
| CITY OF MONTGOMERY, ALABAMA, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the parties' *Joint Stipulation of Dismissal with Prejudice* (doc. 72) filed on January 24, 2025, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice** on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** on this the 27th day of January 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE